ACCEPTED
12-15-00168-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/15/2015 1:50:49 PM
Pam Estes
CLERK

# IN THE COURT OF APPEALS
## TWELFTH APPELLATE DIVISION
### STATE OF TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

9/15/2015 1:50:49 PM

PAM ESTES
Clerk

| | | |
|---|---|---|
| **TAZZIE MAE GRAY,** | § | |
| APPELLANT | § | |
| | § | |
| v. | § | **No. 12-15-00168-CR** |
| | § | |
| **THE STATE OF TEXAS,** | § | |
| APPELLEE | § | |

### APPELLANT'S MOTION FOR
### EXTENSION OF TIME TO FILE A BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW**, the Appellant, by and through his attorney Dean Watts, and who tenders this motion for an extension of time to file the Appellant's brief, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d). In support of this motion, the Appellant would show the following:

#### I.

The Appellant's brief was due to be filed on September 9, 2015.

#### II.

The Appellant's brief was filed on August 13, 2015, but was rejected because it was a pdf file and not a pdf readable file.

#### III.

The extension of time to file is not requested for the purpose of an improper delay but so that the Appellant may adequately address the proper appellate issues.

**WHEREFORE**, premises considered, the State respectfully requests that the Court grant the instant motion and extend the time for filing the Appellant's brief for 30 days.

Respectfully submitted,

/s/ Dean Watts
Dean Watts
Attorney for Appellant
State Bar Number 24003143
120 East Pilar Street
Nacogdoches, Texas 75961
(936) 559-9288
Fax (936) 559-0959

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served upon the attorney for the State on 9-15-15.

/s/ Dean Watts
Dean Watts, Attorney for Appellant